[No. 38216-4-II. Division Two. April 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMARKUS RONELLE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05059-2, Thomas P. Larkin, J., entered August 1, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 38326-8-II. Division Two. April 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD DONNELL GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03732-3, Lisa R. Worswick, J., entered September 12, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 38471-0-II. Division Two. April 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER PAUL TISHCHENKO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01497-5, Roger A. Bennett, J., entered October 17, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38581-3-II. Division Two. April 13, 2010.]

JZ KNIGHT, *Respondent*, v. THE CITY OF YELM ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-00489-6, Chris Wickham, J., entered November 7, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.